**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

VANESSA WILLIAMS and KORY TURNER, individually and on behalf of all persons similarly situated,

                        Plaintiffs,

                  vs.

EQUITABLE ACCEPTANCE CORPORATION, SLF CENTER, LLC, INTEGRA STUDENT SOLUTIONS, LLC, and DOES 1-41,

                        Defendants.
-----------------------------------------------------------------x

18 Civ. 07537 (NRB)

**NOTICE OF EQUITABLE ACCEPTANCE CORPORATION'S MOTION TO DISMISS THE RICO CLAIMS**

**Oral Argument Requested**

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Equitable Acceptance Corporation's Motion to Dismiss the RICO Claims, the Declaration of Gila S. Singer, together with the exhibits thereto, and upon all prior pleadings and proceedings had herein, Defendant Equitable Acceptance Corporation ("**EAC**"), by and through its undersigned attorneys, will move this Court at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an order dismissing the First and Second Causes of Action in the Class Action Complaint (ECF No. 1), pursuant to Federal Rule of Civil Procedure 12(b)(6).

      **PLEASE TAKE FURTHER NOTICE** that by agreement of the parties (ECF No. 21) and Order of the Court (ECF No. 22), Plaintiffs' answering affidavits and memorandum of law, if any, will be served no later than December 20, 2018, and EAC will serve its reply, if any, no later than January 15, 2019.

Dated:  November 19, 2018
       New York, New York

                                 **JOSEPH HAGE AARONSON LLC**

                                 */s/ Gregory P. Joseph*
                              Gregory P. Joseph (gjoseph@jha.com)
                              Sandra M. Lipsman (slipsman@jha.com)
                              Gila S. Singer (gsinger@jha.com)
                              485 Lexington Avenue, 30th Floor
                              New York, New York 10017
                              (212) 407-1200

                              *Counsel for Defendant Equitable Acceptance Corporation*

802740