

January 13, 2020

By ECF

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Williams v. Equitable Acceptance Corp.*, **18-cv-7537**

Dear Judge Buchwald:

The parties to the above-captioned action write jointly following the December 9 oral argument on defendant Equitable Acceptance Corporation's motion to dismiss. Following discussions before Your Honor relating to potential settlement, and Your Honor's representation that the Court would refrain from issuing a decision on the motion for a short period to facilitate further settlement discussions, the parties have engaged in preliminary settlement discussions. We believe judicial assistance would help facilitate a possible settlement, and respectfully request a referral to a magistrate judge for such a conference.

*[handwritten: A referral has been made.]*

The parties respectfully request a stay of litigation for 30 days to permit these further settlement discussions, request that the Court continue to hold its decision on the motion to dismiss during that period, and request that the Court schedule a status conference at the conclusion of that period.

*[handwritten: A conference is scheduled for February 26, 2020 at 11 am.]*

Respectfully Submitted,

*/s/ Danielle Tarantolo*
Danielle Tarantolo
Jessica Ranucci
NEW YORK LEGAL ASSISTANCE GROUP
7 Hanover Square
New York, NY 10004
(212) 613-5000
dtarantolo@nylag.org

*[handwritten: So Ordered. Buchwald, USDJ 1/15/20]*

    */s/ Jonathan Oblak*
Jonathan Oblak
Stephen Schweizer
Anna Deknatel
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7199
jonoblak@quinnemanuel.com

*Counsel for Plaintiffs*

    */s/ Gregory Joseph*
Gregory P. Joseph (gjoseph@jha.com)
Sandra M. Lipsman (slipsman@jha.com)
Gila S. Singer (gsinger@jha.com)
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
(212) 407-1200

*Counsel for Defendant Equitable Acceptance Corporation*