UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
VANESSA WILLIAMS and KORY TURNER,
Individually and on behalf of all persons similarly      18-CV-07537 (NRB)
Situated,

                                                                      **NOTICE OF APPEARANCE**

                Plaintiffs,

       vs.

EQUITABLE ACCEPTANCE CORPORATION, SLF
CENTER, LLC, INTEGRA STUDENT
SOLUTIONS, LLC, and DOES 1-41

                Defendants.
---------------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for Defendant Equitable Acceptance Corporation, and hereby demands that all papers hereinafter be served upon the undersigned at the address stated below.

Dated: New York, New York
         January 24, 2020

AMINI LLC

By: _____
Bijan Amini
116 West 23rd Street
Suite 500
New York, New York 10011
(212) 490-4700
bamini@aminillc.com
*Attorneys for Defendant Equitable Acceptance Corporation*

TO:   CLERK OF THE COURT
       UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
       500 Pearl Street
       New York, New York 10007

Gregory P. Joseph (gjoseph@jha.com)
Sandra M. Lipsman (slipsman@jha.com)
Gila S. Singer (gsinger@jha.com)
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
*Attorneys for Defendant Equitable Acceptance Corporation*

Jonathan Oblak
(jonoblak@quinnemanuel.com)
Stephen Schweizer
(stephenschweizer@quinnemanuel.com)
Anna Deknatel
(annnadeknatel@quinnemanuel.com)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Attorneys for Plaintiffs*

Danielle Tarantolo (dtarantolo@nylag.org)
Jane Greengold Stevens (jstevens@nylag.org)
Jessica Grace Ranucci (jranucci@nylag.org)
NEW YORK LEGAL ASSISTANCE GROUP
7 Hanover Square
New York, New York 10004
*Attorneys for Plaintiffs*