**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
VANESSA WILLIAMS and KORY TURNER,
individually and on behalf of all persons similarly
situated,

        Plaintiffs,

  v.

EQUITABLE ACCEPTANCE CORPORATION,
SLF CENTER, LLC, INTEGRA STUDENT
SOLUTIONS, LLC, and DOES 1-41,

        Defendants.
------------------------------------------------------------------x

Case No. 18 Civ. 07537 (NRB)

**MOTION AND PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEYS**

      Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney Gregory P. Joseph, of the law firm Joseph Hage Aaronson LLC ("**JHA**"), moves to withdraw as attorneys of record for Defendant Equitable Acceptance Corporation ("**EAC**").

      Withdrawal is sought due to the fact that EAC has selected as substitute counsel the law firm Amini LLC, who are attorneys of record for EAC for this matter and continue to represent EAC. There is no prejudice to any party because Amini LLC has already appeared in the case and taken over the representation. EAC does not object to the withdrawal of JHA and JHA is not asserting a retaining or charging lien.

      For the foregoing reasons, Gregory P. Joseph respectfully asks this Court to grant this Motion for Withdrawal.

Dated:     March 24, 2020              Respectfully submitted,

JOSEPH HAGE AARONSON LLC

*/s/ Gregory P. Joseph*
Gregory P. Joseph
Sandra M. Lipsman
Gila S. Singer
485 Lexington Avenue, 30th Floor
New York, New York 10017
Tel: (212) 407-1200
Fax: (212) 407-1280

*Attorneys for Defendant Equitable Acceptance Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
VANESSA WILLIAMS and KORY TURNER,
individually and on behalf of all persons similarly
situated,

        Plaintiffs,

  v.

EQUITABLE ACCEPTANCE CORPORATION,
SLF CENTER, LLC, INTEGRA STUDENT
SOLUTIONS, LLC, and DOES 1-41,

        Defendants.
------------------------------------------------------------------x

Case No. 18 Civ. 07537 (NRB)

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY**

Upon consideration of the Motion for Withdrawal of Attorney Gregory P. Joseph (the "**Motion**"), it is hereby ordered that:

1. The Motion is GRANTED.

2. The Clerk is ordered to reflect on the docket the termination of attorney Gregory P. Joseph as counsel of record for Defendant Equitable Acceptance Corporation.

IT IS SO ORDERED.


Dated: _____        _____
                                           United States District Court Judge