# AMINI LLC

Avery Samet
MEMBER NY BAR

212.497.8239
asamet@aminillc.com

April 2, 2020

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

    **Re:**    *Williams, et al. v. Equitable Acceptance Corp.*, **18-CV-07537**

Dear Judge Buchwald:

We represent the defendant Equitable Acceptance Corporation ("EAC").

By Memorandum Decision and Order entered March 11, 2020 [Doc. No. 73], the Court ordered EAC to Answer the Amended Complaint within 30 days, or by April 10, 2020. Due to the disruption to our firm's operations, as well as to the client's, we are simply unable to meet that deadline. Therefore, we respectfully request two additional weeks, or until April 24, 2020 to file our Answer.[1] This is EAC's first request for an extension.

Plaintiffs consent to the extension.

Respectfully submitted,

    */s Avery Samet*

Avery Samet

cc:    All counsel of record (*via ECF*)

---

[1] As a secondary reason, we also request through April 24th because the undersigned is Orthodox Jewish and unable to work on certain days during the Passover Holiday: from the evening of April 8 through April 10, and from the evening of April 14 through April 16.