```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
VANESSA WILLIAMS and KORY TURNER,
individually and on behalf of all
persons similarly situated,

                Plaintiffs,                    O R D E R

         - against -                          18 Civ. 7537 (NRB)

EQUITABLE ACCEPTANCE CORPORATION,
SLF CENTER, LLC, INTEGRA STUDENT
SOLUTIONS, LLC, and DOES 1-41,

                Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of plaintiffs' letter of July 9, 2020, requesting to seal some of the allegations in the Second Amended Complaint.  See ECF No. 106.  Having reviewed the parties' proposal, we find the proffered basis insufficient.  In fact, given the nature of the allegations, it is telling that no argument on Rule 12(f) grounds has been advanced in support of this request.  Finally, the Court notes that granting this request would intrude on the public's right of access to judicial records and would seriously impinge on the Court's ability to address the forthcoming motion for preliminary injunction and motions to dismiss.

Dated:   New York, New York
         July 13, 2020

*[signature]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

1