**TUTTLE YICK LLP**

David G. Skillman | t: 917.810.7603 | dskillman@tuttleyick.com

August 21, 2020

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

   Re: ***Williams, et al. v. Equitable Acceptance Corp., et al.*, No. 18-CV-07537**

Dear Judge Buchwald,

  Individual Defendants Jeffrey and Teresa Henn (the "**Henns**") write under Rule 2.H.2 of Your Honor's individual rules to request leave to file one exhibit in support of the Henns' motion to dismiss (the "**Motion**") under seal.

  The Henns seek to use the document bates-stamped EAC-0284436-87, which Plaintiffs previously attached as Exhibit 74 to the Declaration of Jonathan Oblak in support of Plaintiffs' Motion for a Preliminary Injunction, and which the Henns attach again to the Motion (Skillman Ex. 5) for the Court's convenience. Plaintiffs previously requested that this Court grant leave to file this document under seal because defendants contended it contained "sensitive personal data," and "non-public, sensitive information," Dkt No. 113, and this Court granted this relief. Dkt No. 117. The Henns request the same relief here.

              Respectfully submitted,
               Respectfully Submitted,

               */s/ David G. Skillman*

               David G. Skillman

CC: All counsel of record (via ECF)

```
Application granted.  The Court reserves the
right to refer to or quote from documents
filed under seal should the resolution of
the motion so require.


NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
DATE:  August 24, 2020
```