UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANESSA WILLIAMS and KORY TURNER, individually and on behalf of all persons similarly situated,<br><br>                      Plaintiffs,<br><br>      vs.<br><br>EQUITABLE ACCEPTANCE CORPORATION, SLF CENTER, LLC, INTEGRA STUDENT SOLUTIONS, LLC, JEFFREY D. HENN, and TERESA HENN,<br><br>                      Defendants. | No. 18-CV-07537 (NRB)<br><br>NOTICE OF MOTION FOR PROVISIONAL CERTIFICATION OF A SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of Plaintiff's Motion for Provisional Certification of a Settlement Class and Preliminary Approval of Class Action Settlement, the March 15, 2021 Declaration of Danielle Tarantolo in Support of Provisional Certification of a Settlement Class and Preliminary Approval of Class Action Settlement and exhibits thereto, and the March 15, 2021 Declaration of Jonathan Oblak in Support of Provisional Certification of a Settlement Class and Preliminary Approval of Class Action Settlement and exhibits thereto, Plaintiffs, by their attorneys the New York Legal Assistance Group ("NYLAG") and Quinn Emanuel, Urquhart & Sullivan, LLP ("Quinn Emanuel"), will move this Court before the Honorable Reice Naomi Buchwald, United States District Judge, at United States Courthouse for the Southern District of New York, at 500 Pearl Street, New York, New York 10007-1312, on a date to be determined by the Court, for an Order:

    (i)    provisionally certifying this case as a class action for settlement purposes pursuant to Rule 23(a), (b)(2), and (b)(3) of the Federal Rules of Civil Procedure, on behalf

of a class defined as "All individuals who obtained a Credit Plan from EAC to finance student loan assistance services;"

(ii) appointing NYLAG and Quinn Emanuel as Class Counsel and approving Atticus Administration, LLC as the Class Administrator;

(iii) granting preliminary approval to the settlement of this class action, including the proposed allocation plan and the form, content, and manner of notice to the Class;

(iv) directing the provision of notice to the Class;

(v) scheduling a date for a Fairness Hearing, at which time the Court will determine whether to grant final approval of the settlement; and

(vi) granting such other relief as the Court deems just and proper.

Dated: March 15, 2021
New York, New York

__/s/ Jonathan Oblak__                                   __/s/ Danielle Tarantolo__

Jonathan Oblak                                                      Danielle Tarantolo
Anna Deknatel                                                       Jessica Ranucci
Sophia Qasir                                                          NEW YORK LEGAL ASSISTANCE GROUP
QUINN EMANUEL URQUHART                                 100 Pearl Street, 19th Floor
& SULLIVAN, LLP                                                   New York, NY 10004
51 Madison Avenue, 22nd Floor                            (212) 613-5000
New York, NY 10010                                              dtarantolo@nylag.org
(212) 849-7156
jonoblak@quinnemanuel.com

*Counsel for Plaintiffs*