UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANESSA WILLIAMS and KORY TURNER, individually and on behalf of all persons similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>EQUITABLE ACCEPTANCE CORPORATION, SLF CENTER, LLC, INTEGRA STUDENT SOLUTIONS, LLC, and JEFFREY D. HENN,<br><br>　　　　　　　　　　　Defendants. | No. 18-CV-7537 (NRB)<br><br>**[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT AS TO DEFENDANT SLF CENTER, LLC** |

　　　　I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 17, 2018 with the filing of a summons and complaint. A copy of the summons and complaint was served on defendant SLF Center, LLC by personally serving Joslin L., at Legalinc Corporate Services, registered agent of SLF Center, and proof of service was therefore filed on August 28, 2018, ECF No. 11. A copy of the First Amended Complaint was served on defendant SLF Center, LLC by personally serving Josela Lamb at Legalinc Corporate Services, registered agent of SLF Center, and proof of service was therefore filed on January 28, 2019, ECF No. 32. A certificate of default was entered as to defendant SLF Center on March 15, 2019. ECF No. 45. Plaintiffs filed a Second Amended Complaint on July 15, 2020. ECF No. 119. Service of the Second Amended Complaint on defendant SLF Center was not required, as defendant SLF Center was already in default and the Second Amended Complaint did not add any new claims against

defendant SLF Center. Fed R. Civ. P. 5(a)(2). I further certify that the docket entries indicate that Defendant SLF Center, LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant SLF Center, LLC is hereby noted.

Dated: New York, New York
　　　　June 28, 2021

　　　　　　　　　　　　　　　　　　　　RUBY J. KRAJICK
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk