UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
VANESSA WILLIAMS and KORY TURNER,
individually and on behalf of all persons similarly
situated,

                              Plaintiffs,

                                vs.

EQUITABLE ACCEPTANCE CORPORATION,
SLF CENTER, LLC, INTEGRA STUDENT
SOLUTIONS, LLC, and JEFFREY D. HENN

                              Defendants.
-----------------------------------------------------------------x

No. 18-CV-07537 (NRB)

**NOTICE OF MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Certification of a Settlement Class and Final Approval of Class Action Settlement, the Supplemental Declaration of Danielle Tarantolo in Support of Final Certification of a Settlement Class and Final Approval of Class Action Settlement, dated July 1, 2021, Supplemental Declaration of Jonathan Oblak in Support of Final Certification of a Settlement Class and Final Approval of Class Action Settlement, dated July 1, 2021, the Declaration of Christopher Longley with Regard to Notice Distribution and Settlement Administration, dated July 2, 2021, and exhibits thereto, Plaintiffs, by their attorneys the New York Legal Assistance Group ("NYLAG") and Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), will move this Court before the Honorable Reice Naomi Buchwald, United States District Judge, at United States Courthouse for the Southern District of New York, at 500 Pearl Street, New York, New York 10007-1312, on August 3, 2021, or a date to be determined by the Court, for an Order:

        (i)        certifying this case as a class action for settlement purposes pursuant to Rule 23(a), (b)(2), and (b)(3) of the Federal Rules of Civil Procedure, on behalf of a

        class defined as "All individuals who obtained a Credit Plan from EAC to finance student loan assistance services;"

(ii)    appointing NYLAG and Quinn Emanuel as Class Counsel and approving Atticus Administration, LLC as the Class Administrator;

(iii)   granting final approval to the settlement of this class action;

(iv)   approving service awards to Named Plaintiffs;

(v)    approving administration expenses;

(vi)   awarding Plaintiffs' counsel an award of attorneys' fees and costs; and

(vii)  granting such other relief as the Court deems just and proper.

Dated: July 2, 2021
       New York, New York

   */s/ Jonathan Oblak*

Jonathan Oblak
Anna Deknatel
Sophia Qasir
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7156
jonoblak@quinnemanuel.com

   */s/ Danielle Tarantolo*

Danielle Tarantolo
Jessica Ranucci
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, NY 10004
(212) 613-5000
dtarantolo@nylag.org

*Counsel for Plaintiffs*