**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
VANESSA WILLIAMS and KORY TURNER,
individually and on behalf of all persons similarly
situated,

          Plaintiffs,

     vs.

EQUITABLE ACCEPTANCE CORPORATION,
SLF CENTER, LLC, INTEGRA STUDENT
SOLUTIONS, LLC, and JEFFREY D. HENN

          Defendants.
----------------------------------------------------------------x

**No. 18-CV-07537 (NRB)**

**STIPULATION AND
[PROPOSED] ORDER OF
VOLUNTARY DISMISSAL
AGAINST DEFENDANT
INTEGRA STUDENT
SOLUTIONS, LLC PURSUANT
TO FED. R. CIV. P. 41(a)(2)**

WHEREAS, on August 17, 2018, plaintiffs Vanessa Williams and Kory Turner (collectively, "Plaintiffs") brought this action pursuant to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1962(c), (d); the Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601 et seq.; New York General Business Law ("GBL") § 349; New York common law; New York General Obligations Law § 5 501(1) and New York Banking Law § 14-a(1); the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. §§ 1030 et seq.; and the Declaratory Judgment Act, 28 U.S.C. §§ 2201(a) and 2202; and

WHEREAS, Defendant Integra Student Solutions, LLC ("Integra") failed to answer or appear in this action; and

WHEREAS Integra has represented to Plaintiffs that it ceased all business operations in 2019; and WHEREAS Integra has represented to Plaintiffs that it has ceased all ongoing collection on any student loan debt relief accounts, including all accounts originated in connection with Equitable Acceptance Corporation;

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED, by

and between the parties, that:

1. Plaintiffs Vanessa Williams and Kory Turner hereby give notice that their claims against

   Defendant Integra Student Solutions, LLC are voluntarily dismissed pursuant to Rule

   41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

2. Plaintiffs expressly condition their agreement to dismiss their claims against Integra on

   the truthfulness of Integra's representations described above.

Dated: October 25, 2021
        New York, New York

/s/
Jonathan Oblak
Anna Deknatel
Sophia Qasir
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
jonoblak@quinnemanuel.com

Danielle Tarantolo
Jessica Ranucci
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, NY 10004
(212) 613-5000
dtarantolo@nylag.org

*Attorneys for Plaintiffs*

/s/
Michael Adamson
INTEGRA STUDENT SOLUTIONS, LLC
8037 S Royal Lane
Sandy, UT 84093

*General Manager of Integra Student Solutions, LLC*


**SO ORDERED:**


HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

2